UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'06 AUG 14 10:48 USDC-ORP

**ANTHONY L. SMITH,**

Plaintiff,

vs.

**COMMISSIONER of Social Security,**

Defendant.

CV # 05-496-PK

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5775.30, and no costs or expenses, shall be awarded to Plaintiff's attorney Linda Ziskin, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 10th day of August, 2006.

_____
HON. PAUL PAPAK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ _____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES